UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILLIP JOASPH KNIGHT                        CIVIL ACTION

VERSUS                                        NO. 06-4538

WALTER COLENS ET AL.                          SECTION "J" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in this Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE** to plaintiff's ability to file a proper habeas corpus proceeding after exhaustion of state court remedies.

New Orleans, Louisiana, this __2nd__ day of ____October____, 2006.

_____
UNITED STATES DISTRICT JUDGE